IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00714-EWN-PAC

JOAN BACA,

    Plaintiff(s),

v.

DEPOT SALES, LLC., d/b/a SCAFFOLDING DEPOT, and,
ACTION SCAFFOLDING, INC., d/b/a ACTION SCAFFOLDING MANUFACTURING,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
June 16, 2006

    The Court has carefully reviewed the plaintiff's Motion to Amend, Doc. #20, and the response and reply.  The Court finds that the scheduling conference in this case is set for July 6, 2006, and as such, no deadline for the amendment of pleadings has passed.  Accordingly, the liberal policy in Rule 15(a), Fed. R. Civ.P. governs plaintiff's Motion to Amend while defendants may reserve their responsive arguments for motions to dismiss.  Accordingly, it is hereby

    ORDERED that plaintiff's Motion to Amend, Doc. # 20, is granted.  It is further

    ORDERED that the Amended Complaint tendered on May 12, 2006 is accepted for filing this date.