IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00714-EWN-PAC

JOAN BACA,

Plaintiff,

DEPOT SALES, LLC, d/b/a SCAFFOLDING DEPOT, and
ACTION SCAFFOLDING, INC., d/b/a/ ACTION
SCAFFOLDING MANUFACTURING,

Defendants

---

## ORDER GRANTING MOTION FOR LEAVE TO APPEAR BY TELEPHONE

---

Doc # 26

The Court has reviewed the Motion For Leave To Appear By

Telephone with attached Notice of Leave of Absence filed with this Order.

The Court has located no objections to the Motion in the Court record.

The Court, therefore, **GRANTS** the Defendant's Motion For Leave to

Appear By Telephone. *Mr. Postie may appear by telephone for the Scheduling Conference July 6, 06. The phone number is 303 544 4892.*

Dated this 16th day of June 2006.

*S/ Patricia A Coan*
Honorable ~~Edward W. Nottingham~~
United States District Court
District of Colorado
*Magistrate Judge*