IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00714-EWN-PAC

JOAN BACA,

      Plaintiff(s),

v.

DEPOT SALES, LLC., d/b/a SCAFFOLDING DEPOT, and,
ACTION SCAFFOLDING, INC., d/b/a ACTION SCAFFOLDING MANUFACTURING,

      Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that the Motion of Depot Sales, LLC., and Gary Clark for Leave to Bring Cross-Claims Against Action Scaffolding, Inc., [filed August 11, 2006; Doc. No. 43] is **denied** for failure to comply with D.C. Colo. LCivR. 7.1.A.

Dated:  August 21, 2006