IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00714-EWN-PAC

JOAN BACA,

    Plaintiff(s),

v.

DEPOT SALES, LLC., d/b/a SCAFFOLDING DEPOT, and,
ACTION SCAFFOLDING, INC., d/b/a ACTION SCAFFOLDING MANUFACTURING,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Unopposed Motion to Amend Scheduling Order [filed September 19, 2006; Doc. No. 56] is **GRANTED** as follows:

    The deadline to designate experts is extended to **October 27, 2006.**

    The rebuttal expert deadline is extended to **November 16, 2006.**

    The discovery cut-off is extended to **December 15, 2006.**

    IT IS **FURTHER ORDERED** that the Settlement Conference and Preliminary Pretrial Conference set for October 12, 2006 is *vacated and reset* to **November 14, 2006 at 3:00 p.m.**

    Confidential Settlement Statements are due on or before **November 6, 2006,** and should be e-mailed to the Magistrate Judge at Coan_Chambers@cod.uscourts.gov.

    Confidential Settlement statements with attachments totaling over 15 pages shall be submitted to the Clerk's Office in an envelope labeled "Personal Materials" addressed to Magistrate Judge Patricia A. Coan.

    ***Counsel and parties with full authority to settle must be present.***

This extension is based on showing of good cause by plaintiff and does not exceed 45 days.

In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  September 21, 2006