IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00714–EWN–PAC

JOAN BACA,

    Plaintiff,

v.

DEPOT SALES, LLC, d/b/a SCAFFOLDING DEPOT, and
ACTION SCAFFOLDING, INC., d/b/a ACTION SCAFFOLDING MANUFACTURING,

    Defendants.

**ORDER OF DISMISSAL OF JOINT VENTURE CLAIM WITH PREJUDICE**

    This matter is before the court on the "Plaintiff's Unopposed Motion to Dismiss Joint Venture Claim" filed October 17, 2006. The court having read the Motion to Dismiss Joint Venture Claim filed herein, and now being fully advised in the premises, it is

    **ORDERED** that this the joint venture claim be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

    DATED this 25th day of October, 2006.

                                            BY THE COURT:

                                            s/ Edward W. Nottingham
                                            EDWARD W. NOTTINGHAM
                                            United States District Judge