IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00714-EWN-PAC

JOAN BACA,

      Plaintiff,

v.

DEPOT SALES, LLC., d/b/a SCAFFOLDING DEPOT, and,
ACTION SCAFFOLDING, INC., d/b/a ACTION SCAFFOLDING MANUFACTURING,

      Defendants.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that the Motion by Gary Clark and Depot Sales, LLC, for Leave to Appear by Telephone [filed October 31, 2006; Doc. No. 68] is **GRANTED** as follows:

      Counsel for defendant, Mr. Lionel J. Postic, shall contact the Court at: 303-844-2117, November 14, 2006 at 3:00 p.m., in order to participate in the Motions Hearing and Preliminary Pretrial Conference telephonically.

Dated:  November 2, 2006