**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No. 06-cv-00714-EWN-PAC** | FTR-Reporter Deck-Courtroom A402 |
| **Date: November 14, 2006** | **Courtroom Deputy:** Ben Van Dyke |

_____

| | |
|---|---|
| JOAN BACA, | Lorraine E. Parker |
| **Plaintiff,** | |
| v. | |
| DEPOT SALES, LLC d/b/a SCAFFOLDING DEPOT, et al., | Lionel J. Postic, via telephone |
| | Gillian M. Fahlsing |
| | Thomas S. Rice |
| **Defendants.** | |

_____

**COURTROOM MINUTES/MINUTE ORDER**
_____

**HEARING: PRELIMINARY PRETRIAL CONFERENCE/MOTIONS HEARING**
**Court in Session:** 3:02 p.m.
Court calls case. Appearances of counsel.

Counsel present arguments regarding the Second Motion of Depot Sales, LLC, and Gary Clark for Leave to Bring Cross-Claims Against Action Scaffolding, Inc. dated August 24, 2006 (doc. 48).

**ORDERED:** **The Second Motion of Depot Sales, LLC, and Gary Clark for Leave to Bring Cross-Claims Against Action Scaffolding, Inc. dated August 24, 2006 (doc. 48) is granted for the reasons stated on the record. The cross-claims of Depot Sales, LLC and Gary Clark, submitted to the Court on August 24, 2006, are deemed filed on this date.**

Counsel present arguments regarding the Motion to Compel Independent Medical Examination dated August 30, 2006 (doc. 51).

**ORDERED:** **The Motion to Compel Independent Medical Examination dated August 30, 2006 (doc. 51) is granted consistent with the limitations set forth on the record.**

Counsel are instructed to attempt to come up with a joint motion regarding the extension of discovery for the limited purposes of expert examinations, reports and depositions.  **The dispositive motions deadline will not be extended.**

The parties now estimate that the trial will take eight (8) days to a jury.

The Court will review the proposed Preliminary Pretrial Order and enter it with interlineations consistent with the discussion on the record.

HEARING CONCLUDED.
**Court in Recess:      4:07 p.m.**
Total   In-Court Time:     01:05