IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00714-EWN-PAC

JOAN BACA,

      Plaintiff,

v.

DEPOT SALES, LLC., d/b/a SCAFFOLDING DEPOT, and,
ACTION SCAFFOLDING, INC., d/b/a ACTION SCAFFOLDING MANUFACTURING,

      Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that the Joint Motion to Amend Scheduling Order (Doc. #84), filed November 27, 2006, is **GRANTED** as follows:

      Defendant Action Scaffolding, Inc. shall comply with the Rule 26(a)(2)(B) disclosure requirements for Dr. Kenneth Kassover, **on or before January 12, 2007**.

      Plaintiff shall rebut Dr. Kassover's report, and comply with Rule 26(a)(2)(B), **on or before February 1, 2007**.

      The discovery deadline is extended to **March 2, 2007** for the limited purposes of deposing Dr. Kassover, Dr. Bennett and Mr. Lenorovitz.

Dated:  November 27, 2006