**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  06-cv-00714-EWN-PAC** | **FTR**-Reporter Deck Courtroom A402 |
| **Date:  December 4, 2006** | **Courtroom Deputy:**  Ben Van Dyke |

JOAN BACA,                                                           Leslie C. Stratton

    **Plaintiff,**

        v.

DEPOT SALES, LLC d/b/a SCAFFOLDING           Thomas S. Rice
DEPOT, et al.,

    **Defendants.**

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTIONS HEARING**
**Court in Session:        9:57 a.m.**
Court calls case.  Appearances of counsel.  Dr. Kassover is also present via telephone for the hearing.

Counsel present arguments regarding the Motion to Reconsider Court's November 14, 2006 Ruling Regarding Motion to Compel Independent Medical Examination dated November 17, 2006 (doc. 78).

**ORDERED:   The Motion to Reconsider Court's November 14, 2006 Ruling Regarding Motion to Compel Independent Medical Examination dated November 17, 2006 (doc. 78) is granted for the reasons stated on the record.  The IME with Dr. Kassover will go forward as scheduled, but no tape recording of the examination shall be allowed.**

HEARING CONCLUDED.

**Court in Recess**:       **10:14 a.m.**
Total   In-Court Time:      00:17