IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00714–EWN–PAC

JOAN BACA,

     Plaintiff,

v.

DEPOT SALES, LLC, d/b/a SCAFFOLDING DEPOT,
ACTION SCAFFOLDING, INC., d/b/a ACTION SCAFFOLDING MANUFACTURING,
GARY M. CLARK, d/b/a SCAFFOLDING DEPOT, d/b/a DEPOT SALES,

     Defendants.

---

## ORDER

This matter is before the court on a *Daubert* motion filed by Plaintiff, styled as a motion for a conference/hearing.  The court prefers that the *Daubert* issues be raised, if necessary, in connection with the motions for summary judgment which have been filed.  Plaintiff's motion will therefore be construed as a motion to strike the allegedly inadmissible parts of any expert opinions which support the defense motions.  The parties should brief the motion to strike as part of the summary judgment briefing.

SO ORDERED.

Dated this 19th day of December, 2006.

BY THE COURT:


s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge