IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00714-EWN-PAC

JOAN BACA,

      Plaintiff,

v.

DEPOT SALES, LLC., d/b/a SCAFFOLDING DEPOT, and,
ACTION SCAFFOLDING, INC., d/b/a ACTION SCAFFOLDING MANUFACTURING,

      Defendants.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

      IT IS HEREBY **ORDERED** that the Unopposed Motion to Reschedule Hearing Set for March 8, 2007 at 11:00 A.M., [filed February 27, 2007; Doc. No. 140] is **GRANTED** as follows:

      The Motions Hearing set for March 8, 2007 is *vacated and reset* to **March 21, 2007 at 10:30 a.m.**, in Courtroom A501.

      In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  February 27, 2007