IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00714-EWN-PAC

JOAN BACA,

    Plaintiff,

v.

DEPOT SALES, LLC., d/b/a SCAFFOLDING DEPOT, and,
ACTION SCAFFOLDING, INC., d/b/a ACTION SCAFFOLDING MANUFACTURING,

    Defendants.

_____

### *AMENDED* MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that Plaintiff's Unopposed Motion to Strike Defendant Action Scaffolding's Rebuttal Designation of Kevin J. Reilly, Psy.D., and Motion to Vacate March 21, 2007 Hearing on Same [filed March 6, 2007; Doc. No. 149] is **granted in part** and **denied in part** as follows:

    The Motion to Strike [filed February 8, 2007; ***Doc. No. 133***] is **withdrawn.**

    IT IS **FURTHER ORDERED** that the motions hearing set for **March 21, 2007 at 10:30 a.m.**, shall go forward as previously scheduled.

    In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  March 20, 2007