**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun J. Rice**

**Civil Action No.: 06-cv-00714-EWN-PAC**          FTR - Reporter Deck - Courtroom A-501
**Date: March 21, 2007**                          Courtroom Deputy, Ellen E. Miller
_____

JOAN BACA,                                        Lorraine E. Parker
    **Plaintiff(s),**
v.

DEPOT SALES, LLC,                                 Gillian M. Fahlsing
    **Defendant(s)/Cross Claimant(s),**
ACTION SCAFFOLDING, INC.,
    **Defendant(s)/Cross Defendant(s),**
GARY M. CLARK
    **Defendant(s)/Cross Claimant(s).**
_____
**COURTROOM MINUTES / MINUTE ORDER**
_____

**HEARING:   MOTIONS HEARING**
**Court in Session:**   10:35 a.m.
Court calls case.   Appearance of counsel.

Please note that due to Magistrate Judge Coan's recent retirement, Magistrate Judge O. Edward Schlatter has temporarily assumed her cases and docket until a replacement is appointed. The **e-mail address** remains as the Coan_Chambers address and **case numbers** will continue to be designated with -PAC as the Magistrate Judge initials.
In Magistrate Judge Schlatter's absence today, Magistrate Judge Rice is conducting this hearing.

Discussion is held regarding pending motions.

**It is ORDERED:**   A TELEPHONIC STATUS CONFERENCE is set
              **MARCH 29, 2007 at 1:30 p.m.**
Courtroom technology requires that all participating parties are to be on the call *before* the Court is contacted; therefore, parties are directed to make arrangements for creating a conference call. Once the conference call is established, the Court may be added as the final connection by dialing **(303) 844-4892** at the scheduled time.
One topic of discussion will be Plaintiff's Motion to Strike Designation of NonParties (Docket No. **91,** Filed December 17, 2006)

*06-cv-00714-EWN-PAC*
*Motions Hearing*
*March 21, 2007*

Argument by Ms. Parker regarding Plaintiff's Motion to Strike Expert Witnesses.
Argument by Ms. Fahlsing.

Questions and comments by the Court.

**It is ORDERED:**   Plaintiff's MOTION TO STRIKE DEFEDNANT (sic) ACTION SCAFFOLDING'S EXPERT WITNESSES (Docket No. **136,** Filed February 08, 2007) is **TAKEN UNDER ADVISEMENT.**

HEARING CONCLUDES.

**Court in recess:**   11:17   a.m.
Total In-Court Time:   00:42

*Note to Docketing:*   Seth Adam Rider is listed in CM/ECF as counsel for Defendant Depot Sales, LLC. Defendants' counsel notes Mr. Rider is not associated with this case. Request is made that Mr. Rider be removed from CM/ECF in this case.