**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge O. Edward Schlatter**

**Civil Action No.:** 06-cv-00714-EWN-PAC           **FTR** - Reporter Deck - Courtroom A-501
**Date:**   May  02,  2007                                        Courtroom Deputy,  Ellen E. Miller
_____

JOAN   BACA,                                                             Lorraine E.  Parker
       **Plaintiff(s),**
v.

DEPOT   SALES,  LLC,
       **Defendant(s)/Cross Claimant(s),**
ACTION   SCAFFOLDING,  INC.,                              Thomas S.  Rice
       **Defendant(s)/Cross Defendant(s),**
GARY M.  CLARK
       **Defendant(s)/Cross Claimant(s).**
_____
                          **COURTROOM   MINUTES  /  MINUTE   ORDER**
_____

**HEARING:  MOTIONS  HEARING**
**Court in Session:**    11:25  a.m.
Court calls case.    Appearance of counsel.

Defendant Action Scaffolding's motion to strike is raised for argument.
Arguments  by Mr. Rice  and  by  Ms. Parker.  Findings by the Court.

**It is ORDERED:**       Defendant Action Scaffolding's   MOTION  TO STRIKE PLAINTIFF'S
                         "SUPPLEMENTAL"  EXPERT OPINIONS   AND   TO PRECLUDE
                         RELATED   TESTIMONY  (Docket No. **153,**  Filed March 19, 2007) is
                         **DENIED**   for the  reasons set forth on the record.

                         The Court will allow Defendant   one  hour   Follow-up Depositions
                         of each Dr. Bennett  and  Mr. Danaher  if Defendant wishes to do so.
                         These Follow-up Depositions shall be conducted within the next thirty days.

**It is ORDERED:**       **On or before MAY   21,  2007,**  the parties shall submit a
                         PRELIMINARY  PRETRIAL  ORDER.

 HEARING CONCLUDES.    **Court in recess:**   11:50  a.m.  Total In-Court Time:   00:25