IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00714-EWN-PAC

JOAN BACA,

      Plaintiff,

v.

DEPOT SALES, LLC., d/b/a SCAFFOLDING DEPOT, and,
ACTION SCAFFOLDING, INC., d/b/a ACTION SCAFFOLDING MANUFACTURING,

      Defendants.
_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

      IT IS HEREBY **ORDERED** that Plaintiff's Unopposed Motion for Clarification [filed May 17, 2007; Doc. No. 170] is **GRANTED.**

      The Courtroom Minutes/Minute Order requesting the parties submit a Preliminary Pretrial Order on or before May 21, 2007, [filed May 2, 2007; Doc. No. 169] is **vacated.** A Preliminary Pretrial Order was entered on December 4, 2006; Doc. No. 89.

Dated:  May 22, 2007